# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 1 8 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          vs.<br><br>NESTOR ESPINOZA-SANCHEZ,<br><br>                     Defendant. | CASE NO. 12cr3445-DMS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

        21:952 and 960 - Importation of Methamphetamine

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/18/2012

_____
William McCurine, Jr.
U.S. Magistrate Judge